UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR ABDULAZIZ,<br><br>              Plaintiff,<br><br>-against-<br><br>McKINSEY & COMPANY, INC., McKINSEY & COMPANY, INC. UNITED STATES, McKINSEY & COMPANY, INC. INTERNATIONAL, DOES 1-100 and XYZ Corps 1-100,<br><br>              Defendants. | Civil Action No : 1:21-CV-01219 (LGS)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that plaintiff Omar Abdulaziz appeals to the United States Court of Appeals for the Second Circuit from the Order entered on October 28, 2021 by Judge Lorna G. Schofield that denied plaintiff's letter motion to file an amended complaint in this matter.

Date: November 26, 2021

Mark A. Kleiman (*pro hac vice* forthcoming)
KLEIMAN / RAJARAM
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mkleiman@quitam.org

Ben Gharagozli (*pro hac vice* forthcoming)
Law Offices of Ben Gharagozli
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (661) 607-4665
Facsimile: (855) 628-5517
Email: lobgattorney@gmail.com

Respectfully submitted,

John F. Olsen

THE LAW OFFICE OF JOHN F. OLSEN, LLC
John F. Olsen, Esq. (JO 8553)
105 Grove Street, Suite 6
Montclair, NJ 07042
Phone: (973) 932-0474
jolsen@jfolsenlaw.com

*Attorneys for Plaintiff Omar Abdulaziz*